UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

          Plaintiff,

v.

DANIEL LLOYD, et al,

          Defendants.

Case No. 3:18-cv-05224-RBL-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    the Court adopts the Report and Recommendation;

    (2)    plaintiff's application to proceed in forma pauperis (Dkt. 4) is DENIED;

    (3)    plaintiff's complaint (Dkt. 1-1) is DISMISSED as frivolous and/or malicious

    (4)    this dismissal counts as a "strike" under 28 U.S.C. § 1915; and

    (5)    the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 6th day of August, 2018.

                                    Ronald B. Leighton
                                    United States District Judge